BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
RYAN WATERS (Cal. Bar No. 268015)
Assistant United States Attorney
Asset Forfeiture and Recovery Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3111
    Facsimile: (213) 894-6269
    E-mail: ryan.waters@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>       v.<br><br>$82,522.29 IN BANK FUNDS,<br><br>    Defendant. | No. 2:25-cv-6886 -RGK (JPRx)<br><br>**WARRANT** |

TO: UNITED STATES SECRET SERVICE

A Verified Complaint for Forfeiture having been filed in this action,

IT IS ORDERED that you attach $82,522.29 in Bank Funds, and cause the same to be detained in your custody, or in the custody of a Substitute Custodian, until further notice of the Court, and that you give due notice to all interested persons that they must file their Claims and Answers with the Clerk of this Court within the time

1

allowed by law.

    YOU ARE FURTHER ORDERED to file this process in this Court with your return promptly after execution.

DATED: 07/29/2025

BRIAN D. KARTH, Clerk of Court

_____
Deputy Clerk

2